**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

BILLY JOE HUNT,

        Plaintiff,

v.                                      Case No. 12-11159

KEYSTONE SHIPPING CO. et al.,

        Defendants.

_____/

**ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE
AND SETTING DATES**

On June 20, 2013, the court conducted a telephone conference with counsel in the above-captioned matter. Counsel informed the court that Plaintiff's recent surgery prevents him from participating in mediation at this time, but that all parties believe that mediation would possibly result in an amicable resolution to this action. The parties requested a temporary stay of formal court proceedings to allow Plaintiff time to recuperate. The court agreed with the advisability of this plan. Accordingly,

IT IS ORDERED that this matter is STAYED and ADMINISTRATIVELY CLOSED for statistical purposes only. **Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights.**

The parties are DIRECTED to engage in mediation with Richard Kaufman, or another mutually agreed upon mediator, between **October 21 and October 31, 2013**.[1]

---

[1]The parties are expected to perform all necessary steps to ensure adequate preparation for the mediation, including conducting Plaintiff's follow-up doctor's examination and obtaining a status report from the orthopedic surgeon, likely in early to mid-October.

The court will conduct a telephone conference on **October 31, 2013 at 4:00 p.m.**  If

mediation is not successful, the court will reopen the case and proceed to a jury trial,

with a final pretrial conference to occur on **November 18, 2013 at 2:00 p.m.**, and jury

selection to begin on **December 9, 2013 at 9:00 a.m.**

 If this case reaches an amicable resolution before that time, Plaintiff's counsel is

instructed to notify the court's case manager, who will schedule an immediate telephone

conference.  In the meantime, the parties are free to continue mutual, voluntary

discovery, as consistent with their past practices.


  s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  July 15, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, July 15, 2013, by electronic and/or ordinary mail.

  s/Richard Loury for Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522