UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BILLY JOE HUNT,

        Plaintiff,

v.

KEYSTONE SHIPPING CO., a
Delaware corporation, KEY LAKES,
INC., a Delaware corporation; and,
KEY LAKES I, INC., a Delaware
corporation,

        Defendant.

Case No. 2:12-CV-11159-RHC-MKM
Hon. Robert H. Cleland
Mag. Mona K. Majzoub

---

## ORDER OF DISMISSAL

The Court having read the Stipulation filed herein and being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this matter be dismissed with prejudice and without costs, fees or sanctions as to any party.

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: March 18, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 18, 2014, by electronic and/or ordinary mail.

  S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522


12-111589  HUNT order .wpd